# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPMC d/b/a THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case Number 2:18-cv-00383-MRH<br><br>Judge Mark R. Hornak |

## STIPULATION OF DISMISSAL

Plaintiff, Josie Badger, and Defendant, UPMC d/b/a The University of Pittsburgh Medical Center, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1.     This action shall be DISMISSED, with prejudice as between Josie Badger and UPMC;

2.     No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3.     Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated:  July 20, 2018

BY: */s/ Benjamin J. Sweet*
    Benjamin J. Sweet
    bsweet@carlsonlynch.com
    Elizabeth Pollock-Avery
    eavery@carlsonlynch.com
    **Carlson Lynch Sweet**
    **Kilpela & Carpenter, LLP**
    1133 Penn Avenue, 5th Floor
    Pittsburgh, PA  15222
    (412) 322-9243 | Telephone
    (412) 231-0246 | Fax

    *Attorneys for Plaintiff*

BY: */s/ Christopher K. Ramsey*
    Christopher K. Ramsey
    christopher.ramsey@morganlewis.com
    **Morgan, Lewis & Bockius LLP**
    301 Grant Street
    One Oxford Centre, Suite 3200
    Pittsburgh, PA 15219-6401
    (412) 560-3300 | Telephone
    (877) 432-9652 | Fax

    Anne Marie Estevez (*pro hac vice*)
    annemarie.estevez@morganlewis.com
    **Morgan, Lewis & Bockius LLP**
    200 South Biscayne Boulevard, Suite 500
    Miami, FL 33131
    (305) 415-3330 | Telephone
    (877) 432-9652 | Fax

    *Attorneys for Defendant*