UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSIE BADGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UPMC d/b/a THE UNIVERSITY OF PITTSBURGH MEDICAL CENTER,<br><br>Defendant. | Case Number 2:18-cv-00383-MRH<br><br>Judge Mark R. Hornak |

## STIPULATION OF DISMISSAL

Plaintiff, Josie Badger, and Defendant, UPMC d/b/a The University of Pittsburgh Medical Center, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice as between Josie Badger and UPMC;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: July 20, 2018

BY: /s/ Benjamin J. Sweet
Benjamin J. Sweet
bsweet@carlsonlynch.com
Elizabeth Pollock-Avery
eavery@carlsonlynch.com
**Carlson Lynch Sweet Kilpela & Carpenter, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243 | Telephone
(412) 231-0246 | Fax

*Attorneys for Plaintiff*

BY: /s/ Christopher K. Ramsey
Christopher K. Ramsey
christopher.ramsey@morganlewis.com
**Morgan, Lewis & Bockius LLP**
301 Grant Street
One Oxford Centre, Suite 3200
Pittsburgh, PA 15219-6401
(412) 560-3300 | Telephone
(877) 432-9652 | Fax

Anne Marie Estevez (*pro hac vice*)
annemarie.estevez@morganlewis.com
**Morgan, Lewis & Bockius LLP**
200 South Biscayne Boulevard, Suite 500
Miami, FL 33131
(305) 415-3330 | Telephone
(877) 432-9652 | Fax

*Attorneys for Defendant*

```
AND NOW, this   20th
day of   July        , 20 18
     IT IS SO ORDERED.
     s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE
```